UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>611 Pennsylvania Ave SE #231<br>Washington, D.C. 20003<br><br>*Plaintiff,*<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, Maryland, 20857<br><br>*Defendant.* | Civil Action No. |

## COMPLAINT

**1.** America First Legal Foundation ("AFL") brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel the Health Resources and Services Administration ("HRSA") to comply with its statutory obligations to promptly make available agency records requested concerning the Increasing Organ Transplant Access ("IOTA") Model.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief in accordance with 28 U.S.C. § 2201 *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

1

## PARTIES

4. Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating the findings through reports, press releases, and other media, including social media platforms, to educate the public.

5. Defendant HRSA is a federal agency within the meaning of 5 U.S.C. § 552(f), headquartered at 5600 Fishers Lane, Rockville, Maryland 20857. HRSA has possession, custody, and control of the records sought by AFL.

## FACTS

6. On August 14, 2025, AFL submitted a FOIA request to HRSA seeking records related to the development, approval, implementation, and oversight of the IOTA Model and associated health equity plan requirements. Ex. 1.

7. In its August 14, 2025, request, AFL requested expedited processing based on an urgent need to inform the public about the implementation of the IOTA Model and the role of the Biden Administration's equity directives in federally funded organ transplant policy, which raises serious questions of significant public interest.

8. AFL also requested a fee waiver and to receive productions on a rolling basis.

9. On August 18, 2025, HRSA acknowledged AFL's FOIA request and assigned it tracking number 08182025F567. Ex. 2.

10. HRSA granted AFL's fee waiver request.

11. HRSA did not make a determination on AFL's request for expedited processing.

12. HRSA also did not make a determination about AFL's request itself. Instead, HRSA stated that it anticipated needing 12 months to determine whether it possessed responsive documents and then respond to AFL's request. It further stated that it anticipated responding to this request by the close of business on September 30, 2026. *Id.* at 2.

13. Despite the passage of more than the statutory 20 working days and any permissible 10-day extension, HRSA has not made a determination on AFL's request, has not issued any determination or response regarding AFL's request for expedited processing, has not produced any records, and has not otherwise communicated with AFL beyond the August 18, 2025, acknowledgment.

## CLAIM FOR RELIEF

### Violation of FOIA, 5 U.S.C. § 552

14. AFL repeats and realleges paragraphs 1–13, as fully set forth herein.

15. AFL properly requested records within HRSA's possession, custody, and control.

16. FOIA requires HRSA to determine within 20 working days after receipt of a request whether to comply and to immediately notify the requester of that

determination, the reasons therefor, and the requester's right to appeal an adverse determination. *See* 5 U.S.C. § 552(a)(6)(A)(i).

17. FOIA also requires that an agency process requests for expedited processing "as soon as practicable," and agencies must make a determination on expedited processing consistent with the statute and applicable regulations. *See* 5 U.S.C. § 552(a)(6)(E).

18. HRSA has failed to comply with FOIA's statutory deadlines. HRSA has neither produced the requested records nor asserted any valid basis for withholding records, nor has it made a timely determination on AFL's request or on expedited processing.

19. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C)(i).

20. HARSA has violated the FOIA by unlawfully withholding non-exempt records responsive to this request. *See* 5 U.S.C. § 552(a)(3)(A).

21. AFL is entitled to injunctive relief compelling HRSA to conduct a search reasonably calculated to uncover all responsive records, to promptly produce all non-exempt records by a date certain, and to produce a Vaughn index for any withheld materials.

**RELIEF REQUESTED**

WHEREFORE, AFL respectfully requests this Court:

i. Declare that the records sought by this request, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

      ii.      Order HRSA to conduct searches immediately for all records responsive to AFL's FOIA request, including all locations and custodians likely to contain responsive materials, and to demonstrate that it employed search methods reasonably likely to lead to the discovery of responsive records;

      iii.      Order HRSA to produce by a date certain all non-exempt records responsive to AFL's FOIA request, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

      iv.      Order HRSA to process this request on an expedited basis;

      v.      Award AFL attorney fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

      vi.      Grant such other and further relief as this court deems just and proper.

Dated: January 20, 2026          Respectfully submitted,

<u>/s/ Emily Percival</u>
Emily Percival (DC Bar No. 1034958)
Megan Redshaw (Mo. Bar No. 74272)*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
Emily.Percival@aflegal.org
Megan.Redshaw@aflegal.org
(301) 887-3704

*Counsel for America First Legal Foundation*

*\* Pro Hac Vice motion forthcoming*