# EXHIBIT 1



August 14, 2025

**Via FOIA@hrsa.gov**
Health Resources and Services Administration
Brian May, FOIA Officer
Freedom of Information Act Office
5600 Fishers Lane, Room 13N32
Rockville, Maryland 20857

**FOIA Request: Records Relating to Development, Approval, and Oversight of the Organ Transplant Access Model and Health Equity Plan Requirements**

Dear FOIA Officer:

America First Legal Foundation is a national, nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, and ensure due process and equal protection for all Americans, all to promote public knowledge and understanding of the law and individual rights guaranteed under the Constitution and laws of the United States. To that end, we file Freedom of Information Act (FOIA) requests on issues of pressing public concern, then disseminate the information we obtain, making documents broadly available to the public, scholars, and the media. Using our editorial skills, we turn raw materials into distinct work, and we distribute that work to a national audience through traditional and social media platforms. AFL's Facebook page has 267,000 followers, and our X page has 354,000 followers.

   I.   **Background**

On former President Joe Biden's first day in office, he signed Executive Order 13985 titled, "Advancing Racial Equity and Support for Underserved Communities," which directed the Federal Government to advance equity for all, including communities that have long been underserved, and to address what it called "systemic racism" in national policies and programs.[1]

---

[1] Exec. Order No. 13985, 86 Fed. Reg. 7009 (Jan. 21, 2021) https://perma.cc/HF9D-KCSQ.

On February 16, 2023, President Biden signed a follow-up order, "Executive Order on Further Advancing Racial Equity and Support for Underserved Communities Through the Federal Government."[2] Among other things, agencies were ordered to "prevent and remedy discrimination, including by protecting the public from algorithmic discrimination," which it defined as "instances when automated systems contribute to unjustified different treatments or impacts disfavoring people based on their actual or perceived race, color, ethnicity … or any other classification protected by law."[3] As part of the Biden Administration's broader push to embed equity into health policy, this directive signaled an intent to alter the Organ Procurement and Transplantation Network to make organ allocation decisions based, in part, on the race of the recipient rather than exclusively on medical criteria.

On May 8, 2024, the U.S. Department of Health and Human Services ("HHS"), through the Centers for Medicare and Medicaid Services ("CMS"), announced the Increasing Organ Transplant Access ("IOTA") Model.[4] Administered by CMS' Center for Medicare and Medicaid Innovation ("CMMI") in coordination with the Health Resources and Services Administration ("HRSA")—the agency responsible for overseeing the nation's organ procurement and transplantation system—the IOTA Model was described as a reform of the kidney transplant process.[5] In reality, it was conceived as a vehicle for the Biden-Harris Administration's health equity agenda, injecting race-conscious policies into the heart of federally regulated organ transplantation.

The announcement made no attempt to hide this intent. In the May 8, 2024, press release, then-HHS Secretary Xavier Becerra declared that the organ transplant industry is "not immune to racial inequities," pointing to disparities in transplant rates between Black and White Americans.[6] He pledged that the Biden administration would "take concrete steps to remove racial bias" in calculating wait times and to "root out inequity in the transplant process."[7] This was not a neutral commitment to improve patient outcomes but an explicit directive to redesign the transplant system around race and identity categories. According to the May 8, 2024, press release, the IOTA Model mirrors HRSA's own stated goals of addressing inequities in the "transplant waitlist process by reducing racial and ethnic variation both in patient referrals and in organ procurement."[8]

---

[2] Exec. Order No. 14091, 88 Fed. Reg. 10825, (Feb. 22, 2023), https://perma.cc/W3YU-MHM4.
[3] *Id.*
[4] Press Release, Ctrs. for Medicare & Medicaid Servs., Biden-Harris Administration Acts to Improve Access to Kidney Transplants (May 8, 2024), https://perma.cc/46PU-U93J.
[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*

The IOTA Model proposed rule ("the Proposed Rule"), published May 17, 2024, in the Federal Register, made that mission clear.[9] It required every participating hospital to develop a mandatory "Health Equity Plan"—a blueprint for identifying disparities in transplant access based on race, ethnicity, or socioeconomic status, and to implement targeted strategies to close those gaps.[10] These strategies included outreach to "underserved communities," transportation subsidies, and other interventions tied to social determinants of health—factors unrelated to a parent's medical condition or clinical eligibility for a transplant.[11] Additionally, CMS introduced a direct financial incentive, called "Health Equity Performance Adjustment" ("HEPA"), worth thousands of dollars per transplant for hospitals that hit equity-related targets, effectively tying Medicare reimbursements to race-conscious outcomes.[12]

Following public feedback, CMS issued the final rule on December 4, 2024, effective July 1, 2025 ("the Final Rule").[13] While the agency dropped the HEPA and made the Health Equity Plan "voluntary," it left the rest of the discriminatory equity framework firmly in place and actively encouraged hospitals to use it.[14] "Equity" appears 232 times in the final rule. "Health equity" is referenced 180 times. "Bias" is mentioned 21 times. This is not incidental language; it is the foundation of the model.

The final rule makes clear that the IOTA Model is "intended to advance health equity by improving equitable access to the transplantation ecosystem," through "design features such as voluntary health equity plans to address health outcome disparities."[15] Under the rule, an IOTA participant may "submit a health equity plan" to CMS that will "identify health disparities within the IOTA participants' population of attributed patients" and "outline a course of action to address them."[16]

CMS selected 103 transplant hospitals[17] to participate in the six-year mandatory program, meaning they must operate under a regulatory regime that invites, normalizes, and rewards race-conscious decision-making allocation. The practical consequences are unavoidable: under IOTA, hospitals are empowered and encouraged to make life-and-death medical decisions through the lens of race and equity rather than strictly medical criteria. In a system where the supply of kidneys

---

[9] Medicare Program; Alternative Payment Model Updates and the Increasing Organ Transplant Access (IOTA) Model, 89 Fed. Reg. 43518 (May 17, 2024) (to be codified at 42 C.F.R. Pt. 512), https://perma.cc/8WXW-4WHP.
[10] *Id.*
[11] *Id.*
[12] *Id.*
[13] Medicare Program; Alternative Payment Model Updates and the Increasing Organ Transplant Access (IOTA) Model, 89 Fed Reg 96280 (Dec. 4, 2024) https://perma.cc/HPF6-TZ8S.
[14] *Id.*
[15] *Id.*
[16] *Id.*
[17] *List of Participating Transplant Hospitals*, CTRS. FOR MEDICARE & MEDICAID SERVS., https://perma.cc/9YEH-SSST.

3

is already far smaller than the demand, this means that some patients could die waiting—not because their medical need is less urgent, but because they are not the "right" race under the Biden administration's equity metrics.

## II.   Requested Records

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a), AFL requests the following records from January 20, 2021, through the date this request is processed:

A. All templates, guidance, instructions, or other documents provided to IOTA participants by HRSA for preparing "Health Equity" plans.[18]

B. Any internal summaries, reviews, or evaluations of submitted Health Equity plans.

C. For the custodians listed below, all records referencing Executive Order 13985 or any other equity-related executive orders, White House memoranda, or administration policy initiatives in connection with the IOTA model or its equity-related provisions.

D. For the custodians listed below, all records referencing or supporting the implementation of the Health Equity Performance Adjustment.

E. All records referencing or supporting the mandatory submission of "Health Equity Plans" by IOTA participants under the Proposed Rule.[19]

F. All records referencing changing the mandatory submission of "Health Equity Plans" by IOTA participants under the Proposed Rule to become voluntary under the Final Rule.[20]

G. All records reflecting legal or policy analysis regarding the Proposed Rule and the Final Rule evaluating whether such plans could violate Title VI of the Civil Rights Act, Section 1557 of the Affordable Care Act, or constitutional equal protection requirements.

H. All records regarding the processing of this request.

---

[18] *Id.*
[19] Medicare Program; Alternative Payment Model Updates and the Increasing Organ Transplant Access (IOTA) Model, *supra* note 9.
[20] Medicare Program; Alternative Payment Model Updates and the Increasing Organ Transplant Access (IOTA) Model, *supra* note 13.

4

Please exclude news articles, press clippings, listserv items, or forwards of the same without commentary.

For purposes of this request, the term "records" includes but is not limited to all communications (including emails, text messages, and Microsoft Teams/Slack messages), memoranda, reports, presentations, analyses, meeting notes, draft and final documents, and attachments. The term "communications" includes those with external entities, such as transplant hospitals, health systems, advocacy groups, or consultants.

### III.   Custodians

A. Thomas Engels, Administrator
B. Michelle Allender, former Director, Office of Health Equity, during its existence
C. Christine Ramey, former Deputy Director, Office of Health Equity, during its existence
D. Gopal K. Singh, Senior Health Equity Advisor, Office of Health Equity, during its existence.
E. Suma Nair, Associate Administrator, Health Systems Bureau
F. Hanock John, Acting Deputy Associate Administrator, Health Systems Bureau
G. Frank Holloman, Director, Health Systems Bureau, Division of Transplantation
H. Kimberly Derwinski, Executive Officer, Health Systems Bureau

### IV.   Processing

Processing should strictly comply with the processing guidance in the Attorney General's Memorandum on Freedom of Information Act Guidelines.[21] AFL requests expedited processing because there is an urgent need to inform the public about the implementation of the IOTA model and the role of the Biden administration's equity directives in federally funded organ transplant policy, which raises questions of significant public interest.

If you have any questions or believe further discussions regarding search and processing will facilitate more efficient production of records of interest to AFL, please do not hesitate to contact me at FOIA@aflegal.org.

### V.   Fee Waiver Request

AFL requests a waiver of all search and duplication fees associated with this request. 5 U.S.C. § 552(a)(4)(A)(iii), 31 C.F.R. § 1.7(k), 26 C.F.R. § 601.702(f)(2). The requested information specifically concerns identifiable operations and activities of the Federal

---

[21] Memorandum from the Hon. Merrick Garland, U.S. Att'y Gen., to Heads of Exec. Depts. & Agencies, Freedom of Information Act Guidelines (Mar. 15, 2022), https://perma.cc/534P-YHQV.

5

Government, including how HHS, CMS, and HRSA are implementing organ allocation policies under the IOTA Model, and how those policies have been shaped by Biden's executive orders and agency initiatives on "racial equity" and "health equity."

Because it has not been made public how racial equity would be applied to the allocation of donated organs, disclosure of the requested information would contribute significantly to public's understanding of these government policies related to Americans' healthcare. These policies govern the allocation of scarce, life-saving medical resources and have direct, immediate consequences for patients on the national organ transplant waitlist. Furthermore, AFL has a demonstrated ability and intention to effectively convey the information broadly to the public, and other agencies have recognized AFL's status as a representative of the news media in granting fee waivers, including these Departments in prior requests, as well as the Departments of Defense, Education, Energy, Justice, Interior, and Homeland Security.

Finally, as a nonprofit organization, AFL has no identifiable commercial interest, and the request is made entirely to serve the public interest. We are, of course, available to provide additional information in writing or offline to support this request. If AFL's request for a fee waiver is not granted in full, please contact us immediately upon making that determination.

## VI.   Production

To accelerate the release of responsive records, AFL welcomes production on an agreed rolling basis. If possible, please provide responsive records in an electronic format by email. Alternatively, please provide responsive records in native or PDF format on a USB drive to America First Legal Foundation, 611 Pennsylvania Ave SE #231, Washington, DC 20003.

Thank you for your time and attention to this matter.

                                                Sincerely,
                                                /s/ Megan Redshaw
                                                Counsel
                                                America First Legal Foundation

# EXHIBIT 2


Office of Operations
5600 Fishers Lane
Rockville, MD 20857



August 18, 2025

**Sent via Email**
Megan Redshaw
America First Legal Foundation
611 Pennsylvania Avenue, SE
Suite #231
Washington, DC   20003
foia@aflegal.org

Dear Megan Redshaw:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request received by this office on August 18, 2025.  Your request has been assigned tracking number 08182025F567.  In summary, you request:

A. All templates, guidance, instructions, or other documents provided to IOTA participants by HRSA for preparing "Health Equity" plans.
B. Any internal summaries, reviews, or evaluations of submitted Health Equity plans.
C. For the custodians listed below, all records referencing Executive Order 13985 or any other equity-related executive orders, White House memoranda, or administration policy initiatives in connection with the IOTA model or its equity-related provisions.
D. For the custodians listed in the request, all records referencing or supporting the implementation of the Health Equity Performance Adjustment.
E. All records referencing or supporting the mandatory submission of "Health Equity Plans" by IOTA participants under the Proposed Rule.
F. All records referencing changing the mandatory submission of "Health Equity Plans" by IOTA participants under the Proposed Rule to become voluntary under the Final Rule.
G. All records reflecting legal or policy analysis regarding the Proposed Rule and the Final Rule evaluating whether such plans could violate Title VI of the Civil Rights Act, Section 1557 of the Affordable Care Act, or constitutional equal protection requirements.
H. All records regarding the processing of this request.

The FOIA and HHS' FOIA regulations allow agencies to recover part of the costs of processing FOIA requests.  You have been classified in the following manner:

Category 2 – Media, Educational, and Scientific Requester.  Category 2 requesters are charged for duplication only after the first 100 pages.

You requested that we waive FOIA processing fees.  The U.S. Department of Health and Human Services (HHS) FOIA regulation, Section 5.54(a) states that requesters may seek a waiver of fees by submitting a written application demonstrating how disclosure of the requested information is:

    (1) In the public interest because it is likely to contribute significantly to public understanding of government operations or activities, and

    (2) Not primarily in the requester's commercial interest.

We determined that your fee waiver request meets this criteria and agree to waive the FOIA processing fees.

Please note that the records you seek are maintained outside of this office and our staff has not yet been able to complete a search to determine whether the Health Resources and Services Administration (HRSA) possesses records that are responsive to your request.  Accordingly, we may be unable to comply with the 20 working-day time limit in this case.  We anticipate a total of 12 months needed to process and respond to your request.

The actual processing time will depend on the complexity of your request and whether it involves sensitive records, voluminous records, extensive search, and/or consultation with other U.S. Department of Health and Human Services (HHS) components or other agencies.  We anticipate responding to your request by the close of business on September 30, 2026.  You can track the status of your request by entering the tracking number and PIN number 3ASY into our portal (https://foia.hrsa.gov/check-status).

The FOIA and HHS' FOIA regulations are available at the following web addresses:

    FOIA regulations:    http://www.justice.gov/oip/foia-resources
    HHS FOIA regulations:    https://www.hhs.gov/foia/statutes-and-resources/index.html

It is your responsibility to notify our office of any changes in your contact information (i.e., mailing address, telephone numbers, and/or email address).  Any returned correspondence due to "unknown address" is considered sufficient reason to close your request.

You may contact this office 20 working days from the date of this letter to inquire about the status of your request.  When making an inquiry, please refer to your case number.

If you are not satisfied with any aspect of the processing and handling of this request, please contact HRSA's FOIA Public Liaison:

    Brian A. May

    Freedom of Information Act Officer  
    Telephone:   301-443-1467  
    Email:   FOIA@hrsa.gov

and/or:

    Office of Government Information Services  
    National Archives and Administration  
    8601 Adelphi Road - OGIS  
    College Park, MD  20740-6001  
    Telephone:   202-741-5770  
    Toll-Free:   1-877-684-6448  
    Fax:   202-741-5769  
    Email:   ogis@nara.gov

If you have any questions, please do not hesitate to contact me at 301-443-2865 or at FOIA@hrsa.gov.

    Sincerely,

    Alexis Chancellor  
    Deputy FOIA Officer