Civil Action No.  1:26-cv-160

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Attorney General Pam Bondi

was received by me on *(date)*   March 16, 2026               .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*
   Certified Mail 9589 0710 5270 1790 4684 28                                           .


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .


I declare under penalty of perjury that this information is true.


Date: *March 18, 2026*

_____
*Server's signature*

Megan D. Redshaw, Attorney
*Printed name and title*

America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington D.C., 20003
*Server's address*


Additional information regarding attempted service, etc:

USPS.com® - USPS Tracking® Results

**ALERT: SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NORTHEAST REGION…**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701790468428

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:38 am on March 16, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 16, 2026, 4:38 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                          ⌄

USPS Tracking Plus®                                          ⌄

Product Information                                          ⌄

See Less ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers