UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION<br><br>Defendant. | Civil Action No. 26-160 (ABJ) |

**RESPONSE TO ORDER TO SHOW CAUSE AND JOINT STATUS REPORT**

Pursuant to the Court's August 4, 2026 Order to Show Cause, the parties respectfully respond to the Court's Order and submit this joint status report for this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. The Court ordered the parties to submit a JSR on June 11, 2026.

2. Undersigned counsel negligently failed to file the completed JSR on the deadline.

3. Here, undersigned counsel's error does not prejudice either party, nor does it materially impact or delay the proceedings.

4. Counsel apologizes to the Court for their error and for causing the Court to perform extra duties with the issuance of its Minute Order.

5. The parties provide the Court with the following update: the Agency has completed its initial processing and is awaiting the return of 47 consult pages.

* * *

Dated: August 5, 2026

*/s/ Megan Redshaw*
Megan Redshaw, M.O. Bar # 74272*
Emily Percival, D.C. Bar #1034598
Washington, DC 20003
(301) 887-3704
Megan.redshaw@aflegal.org
Emily.percival@aflegal.org

*Admitted Pro Hac Vice

*Counsel for Plaintiff America First Legal Foundation*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Amanda Torres*
AMANDA L. TORRES
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*